UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRANDON BERNARD, | ) | Crim. No. W-99-CR-070(2)-LY |
| *Defendant-Movant*, | ) | |
| | ) | Civil No.  W-04-CV-163-LY |
| vs. | ) | |
| | ) | * CAPITAL CASE * |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff-Respondent*. | ) | |
| | ) | |

## NOTICE OF APPEAL

Brandon Bernard hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment entered by this Court on December 20, 2017 (Docs 571 and 572, respectively), dismissing without prejudice his Motion for Relief From Judgment (FRCP 60(b)(6)) (Doc. 567-1), and from each and every subsidiary adverse ruling and finding forming the bases for said order and final judgment.

Mr. Bernard has been represented throughout these proceedings by counsel appointed under 18 U.S.C. § 3006A, the Criminal Justice Act.  *See* Doc. 354 (order appointing counsel for proceedings under 28 U.S.C. § 2255).  Mr. Bernard remains indigent and financially unable to obtain adequate representation and other reasonably necessary services. Continued appointment of counsel is authorized under 18 U.S.C. § 3599 and this appeal should proceed *in forma pauperis*, pursuant to Rule 24(a)(3), Federal Rules of Appellate Procedure.

NOTICE OF APPEAL - 1
(*Brandon Bernard v. United States,*
Crim. No. W-99-CR-070(2)-LY,
Civil No. W-04-CV-163-LY )

Dated this 19th day of February, 2018.

Respectfully submitted,

s/  Robert C. Owen

ROBERT C. OWEN
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, Illinois 60611-3069
312.503.0135 voice
312.503.8977 fax
robert.owen@law.northwestern.edu

JOHN R. CARPENTER
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
253.593.6710 voice
253-593-6714 fax
John_Carpenter@fd.org

Attorneys for Brandon Bernard

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system, which

will send notification of filing to all registered parties.

s/  Robert C. Owen
Attorney for Brandon Bernard

NOTICE OF APPEAL - 2
(*Brandon Bernard v. United States,*
Crim. No. W-99-CR-070(2)-LY,
Civil No. W-04-CV-163-LY )