# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: _____ District Court Docket No._____

Short Case Title: _____

**ONLY ONE COURT REPORTER PER FORM**  Court Reporter: _____

Date Notice of Appeal Filed by Clerk of District Court: _____ Court of Appeals No.: _____

**PART I.**  (To be completed by party ordering transcript.  Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A.  Complete the Following:**

☐No Hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
  **OR**
  **Check All of the Following that Apply, Include date of the proceeding**.
  This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____  ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____  ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____  ☐Closing Argument of Defendant:_____
☐Opinion of court:_____  ☐Jury Instructions:_____  ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.  This is to certify that satisfactory financial arrangements have made.  Method of Payment:**
☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;    ☐Advance Payment waived by reporter;    ☐U.S. Government Funds

☐Other_____

Signature_____ Date Transcript Ordered_____

Print Name_____ Phone:_____

Counsel for_____

Address_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART II.  COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt.  Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were made | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment Arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received  ☐Unable to contact ordering party  ☐Awaiting creation of CJA 24 eVoucher

        ☐Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____

Email of Reporter: _____Address of Reporter:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

        This is to certify that the transcript has been completed and filed at the District Court today.

        Actual Number of Pages: _____  Actual Number of Volumes:_____

Date: _____ Signature of Reporter:_____