No. 18-70008

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Respondent-Appellee*,

v.

BRANDON BERNARD,
*Defendant-Appellant*.

On appeal from the United States District Court
for the Western District of Texas at Waco
Case No. 6:04-CV-164

Hon. Lee Yeakel,
United States District Judge

## APPLICATION FOR CERTIFICATE OF APPEALABILITY

Pursuant to 28 U.S.C. §2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure, Defendant-Appellant Brandon Bernard, by counsel, hereby applies for a Certificate of Appealability authorizing him to appeal from the judgment of the United States District Court for the Western District of Texas denying his motion for relief from judgment under Fed. R. Civ. P. 60(b), as specified in his Notice of Appeal.

The grounds and arguments that support issuing a COA in this appeal are set forth in the accompanying Brief in Support of Application for Certificate of Appealability.

DATED April 12, 2018.

Respectfully submitted,

Robert C. Owen
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.0135 voice
312.503.8977 fax
robert.owen@law.northwestern.edu

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
253.593.6710 voice
253.593.6714 fax
john_carpenter@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing

Application for Certificate of Appealability with the Clerk of the Court using the

CM/ECF system which will send notification of filing to the parties associated

with the case.

*s/ John R. Carpenter*
John R. Carpenter, Washington Bar No.: 23301
Asst. Federal Public Defender
Western District of Washington
1331 Broadway, Suite 400
Tacoma, WA  98402
Phone: (253) 593-6710 / Fax: (253) 593-6714
Email:  john_carpenter@fd.org