# No. 18-70008

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

*Respondent-Appellee*,

v.

BRANDON BERNARD,

*Defendant-Appellant.*

_____

On Appeal from the United States District Court
for the Western District of Texas, Waco Division
District Court Case No. 6:04-CV-164

_____

## UNITED STATES/APPELLEE'S UNOPPOSED MOTION
## FOR OUT-OF-TIME 30-DAY EXTENSION OF BRIEFING TIME

Now comes the United States of America, by and through the United States

Attorney for the Western District of Texas, and respectfully moves this Court to

grant it an out-of-time, 30 day extension up to and including June 13, 2018, in which

to file the brief for the United States. As grounds for this request, the United States

would respectfully show the Court as follows.

The Court's briefing letter was served on all parties on March 5, 2018. It

advised Appellant's counsel that their brief was due within 40 days. The Court also

advised that the Government's response would be due 30 days thereafter. The

deadline was missed due to an error by our legal assistant who inadvertently sent Appellant's brief directly to the file, and missed docketing the due date on our calendar.

Accordingly, the Government requests an out-of-time 30-day extension to allow time to prepare our response. This extension is not sought for the purposes of delay. Rather, the United States wishes to provide this Court with a thorough, well-researched response that will assist the Court in making its decision in this case.

WHEREFORE, the United States respectfully requests that the Court grant it an out-of-time extension of 30 days in which to file its brief in this case.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:  */s/ Joseph H. Gay, Jr.*
JOSEPH H. GAY, JR.
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

The office of the undersigned has contacted counsel for Appellant, and we were advised they are not opposed to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be electronically delivered to John Robert Carpenter and Robert Charles Owen, counsel for Appellant Bernard.

*/s/ Joseph H. Gay, Jr.*
JOSEPH H. GAY, JR.
Assistant United States Attorney

**Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 32(a)(7) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains **222** words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

*/s/ Joseph H. Gay, Jr.*
JOSEPH H. GAY, JR.
Assistant United States Attorney

Dated: <u>May 15, 2018</u>