# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————————

No. 18-70008

———————————————

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

BRANDON BERNARD,

      Defendant - Appellant

———————————————

Appeal from the United States District Court
for the Western District of Texas

———————————————

O R D E R:

      IT IS ORDERED that appellee's unopposed motion for leave to file the response/opposition to the motion for certificate of appealability out of time is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion for an extension of time to June 14, 2018, to file the response/opposition to the motion for certificate of appealability is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT