# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


May 16, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-70008   USA v. Brandon Bernard
                   USDC No. 6:04-CV-164


Enclosed is an order entered in this case.



                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705


Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Mr. Michael Robert Hardy
Mr. Robert Charles Owen