# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


June 14, 2018


Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216-5512


Mr. Michael Robert Hardy
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216-5512


    No. 18-70008    USA v. Brandon Bernard
                 USDC No. 6:04-CV-164


Dear Mr. Gay, Mr. Hardy,

We have received your electronically filed Appellee's Brief. No action will be taken as it was incorrectly filed. The incorrect event of "Appellee's Brief" has been deleted along with the attached Appellee'S Brief.

Your document should be corrected and immediately refiled as an Appellee's Response Opposition to the Motion for Certificate of Appealability.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Donna L. Mendez, Deputy Clerk
        504-310-7677


cc:  Mr. John Robert Carpenter
     Mr. Robert Charles Owen