# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-70008
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

BRANDON BERNARD,

Defendant - Appellant

_____

Appeal from the United States District Court
for the Western District of Texas
_____

O R D E R:

IT IS ORDERED that appellant's unopposed motion for leave to file a reply to the response/opposition to the motion for certificate of appealability is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT