# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 28, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-70008   USA v. Brandon Bernard
                USDC No. 6:04-CV-164

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Mr. Michael Robert Hardy
Mr. Robert Charles Owen