# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 14, 2018

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

     No. 18-70007   USA v. Christopher Vialva
                 USDC No. 6:04-CV-163

Dear Ms. Clack,

Enclosed is a certified copy of an opinion-order entered on September 14, 2018. We have closed the case in this court.

We are not forwarding the record on appeal as it is an electronic copy.

               Sincerely,

               LYLE W. CAYCE, Clerk

               *Erica Benoit*

               By: _____
               Erica A. Benoit, Deputy Clerk

Enclosure(s)

cc:  Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Mr. Michael Robert Hardy
     Mr. Michael W. Lieberman
     Ms. Susan M. Otto
     Mr. Robert Charles Owen
     Mr. Jared Tyler