# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 14, 2018

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

      No. 18-70008 c/w No. 18-70007 USA v. Brandon Bernard
                      USDC No. 6:04-CV-164

Dear Ms. Clack,

Enclosed is a certified copy of an opinion-order entered on September 14, 2018. We have closed the case in this court.

We are not forwarding the record on appeal as it is an electronic copy.

Sincerely,

LYLE W. CAYCE, Clerk

*Erica Benoit*

By: _____
Erica A. Benoit, Deputy Clerk

Enclosure(s)

cc: Mr. John Robert Carpenter
    Mr. Joseph H. Gay Jr.
    Mr. Michael Robert Hardy
    Mr. Michael W. Lieberman
    Ms. Susan M. Otto
    Mr. Robert Charles Owen
    Mr. Jared Tyler