# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 01, 2018

Ms. Susan M. Otto
Federal Public Defender's Office
for the Western District of Oklahoma
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102-0000

    No. 18-70007   USA v. Christopher Vialva
                USDC No. 6:04-CV-163

Dear Ms. Otto,

We have reviewed your electronically filed petition for rehearing and it is sufficient.

You must submit the 4 paper copies of your panel rehearing required by 5ᵀᴴ Cɪʀ. R. 40.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Monica R. Washington, Deputy Clerk
                504-310-7705

cc:  Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Mr. Michael Robert Hardy
     Mr. Michael W. Lieberman
     Mr. Robert Charles Owen
     Mr. Jared Tyler