# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————

No. 18-70007
———————————

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA,

       Defendant - Appellant

-------------------------------------------------------

cons.  w/18-70008

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

BRANDON BERNARD,

       Defendant - Appellant

———————————

Appeals from the United States District Court
for the Western District of Texas

———————————

## **ON PETITION FOR REHEARING**

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellant's, Christopher Vialva, petition for rehearing
is DENIED.


ENTERED FOR THE COURT:

/s/ Edith H. Jones
_____
UNITED STATES CIRCUIT JUDGE