# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 19, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-70007 c/w No. 18-70008
               USA v. Christopher Vialva
               USDC No. 6:04-CV-163
               USDC No. 6:04-CV-164

Enclosed is an order entered in these cases.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Mary Frances Yeager, Deputy Clerk
    504-310-7686

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Mr. Michael Robert Hardy
Mr. Michael W. Lieberman
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. Jared Tyler