# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 11, 2018

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

     Re:  Brandon Bernard
            v. United States
            No. 18-6992
            (Your No. 18-70008)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 7, 2018 and placed on the docket December 11, 2018 as No. 18-6992.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst