# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 15, 2020

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 18-70008   USA v. Brandon Bernard
                  USDC No. 6:04-CV-164

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Stacy Carpenter*

        By: _____
        Stacy M. Carpenter, Deputy Clerk