# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 14, 2021

Ms. Susan M. Otto
Federal Public Defender's Office
for the Western District of Oklahoma
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102-0000

No. 18-70007    USA v. Christopher Vialva
USDC No. 6:04-CV-163

Dear Ms. Otto,

We are returning the DVD containing documents that were filed in connection with the Lethal Injection Protocol cases in the District of Columbia.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dawn D. LeBlanc, Deputy Clerk
504-310-7717

Enclosed: 1 DVD and original letter

cc:  Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Mr. Michael Robert Hardy
     Mr. Michael W. Lieberman
     Mr. Robert Charles Owen
     Mr. Jared Tyler

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA,

                    Defendant - Appellant
--------------------------------------------------------
cons.  w/18-70008

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

BRANDON BERNARD,

                    Defendant - Appellant